UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY GARCIA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　　　Respondent. | Case No. CV 15-4888-VAP (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, Motion to Dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the United States Magistrate Judge.

　　IT IS THEREFORE ORDERED that Judgment be entered: (1) GRANTING the Motion to Dismiss; (2) DENYING the Petition for a Writ of Habeas Corpus; and (3) DISMISSING this action with prejudice.

Dated: March 31, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge