JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY GARCIA,<br><br>        Petitioner,<br><br>        v.<br><br>STU SHERMAN,<br><br>        Respondent. | Case No. CV 15-4888-VAP (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED: (1) Respondent's Motion to Dismiss is GRANTED; (2) Petitioner's Petition for a Writ of Habeas Corpus is DENIED; and (3) this action is DISMISSED with prejudice.

Dated: April 04, 2016

*/s/ Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge